FORM 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DAIKIN AMERICA, INC.<br><br>      *Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>      *Defendant.* | Case No. 22-00123<br>SUMMONS |

TO:    The Attorney General and the U.S. Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                              **/s/ Mario Toscano**
                                                                 Clerk of the Court

1. **Name and Standing of Plaintiff**
   Plaintiff in this action is Daikin America, Inc. ("Daikin America" or "Plaintiff"). Daikin America is a domestic producer of granular PTFE and other fluoropolymers and is an interested party within the meaning of 19 U.S.C. § 1677(9)(C). Plaintiff was also an active participant in the AD/CVD petition and investigation that led to the determination being challenged. Plaintiff therefore has standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as an interested party that was a party to the proceeding identified below.

2. **Brief Description of Contested Determination**
   Plaintiff contests certain findings of fact and conclusions of law made by the U.S. Department of Commerce and contained in *Granular Polytetrafluoroethylene Resin From the Russian Federation: Final Determination of Sales at Less Than Fair Value,* 87 Fed. Reg. 3774 (Dep't Commerce Jan. 25, 2022) and the resulting antidumping duty order. *Granular Polytetrafluoroethylene Resin From India and the Russian Federation: Antidumping Duty Orders*, 87 Fed. Reg. 14514 (Dep't Commerce Mar. 15, 2022) ("*AD Order*").

FORM 3-1

3. **Date of Determination**

   The contested final antidumping duty determination was issued by the Department of Commerce on January 25, 2022.

4. **Date of Publication in Federal Register of Notice of Contested Determination**

   The final antidumping duty determination was published on January 25, 2022. The *AD Order* was published on March 15, 2022.

Respectfully submitted,

**/s/ Luke A. Meisner**
Luke A. Meisner
Roger B. Schagrin
Christopher T. Cloutier
Elizabeth J. Drake
Jeffrey D. Gerrish
William A. Fennell
Joseph A. Laroski, Jr.
Nicholas J. Birch
Benjamin J. Bay
Kelsey M. Rule
Michelle R. Avrutin
Saad Younus Chalchal
Michael Panfeld, *Consultant*
Rui Fan, *Consultant*
David DePrest, *Consultant*

SCHAGRIN ASSOCIATES
900 Seventh Street, N.W., Suite 500
Washington, DC 20001
(202) 223-1700

*Counsel to Daikin America, Inc.*

Dated:  April 14, 2022

## SERVICE OF SUMMONS BY THE CLERK

SERVICE OF SUMMONS BY THE CLERK If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept . 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017).

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
Room 346
26 Federal Plaza
New York, N.Y.  10278

Robert Heilferty, Chief Counsel
Office of the Chief Counsel for Trade
Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., N.W.
Room 3622
Washington, D.C.  20230

Jeanne E. Davidson
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044